**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger**

Civil Action No. 13-cv-01219-MSK-CBS

**CROSSFIT, INC.**, a Delaware corporation,

    Plaintiff,

v.

**MURRELL A. JENKINS**, an individual; and
**DOES 1-10**,

    Defendants.
_____

**OPINION AND ORDER ADOPTING RECOMMENDATION AND GRANTING
MOTION FOR DEFAULT JUDGMENT**
_____

    **THIS MATTER** comes before the Court pursuant to the Magistrate Judge's September 3, 2014 Recommendation **(# 30)** that the Plaintiff's Motion for Default Judgment **(# 18)** against Defendant Jenkins be granted (and the claims against the Doe Defendants be dismissed). More than 14 days have passed since the Recommendation was served and no party has filed Objections. The Court has reviewed the matter *de novo*, as it otherwise would pursuant to Fed. R. Civ. P. 72(b), and upon such *de novo* review, reaches the same conclusions as the Magistrate Judge for essentially the same reasons. Accordingly, the Court **ADOPTS** the Recommendation **(# 30)** and **GRANTS** the Plaintiff's Motion for Default Judgment **(# 18)**. Judgment by default in

favor of the Plaintiff, consistent with that set forth in the Recommendation, shall issue contemporaneously. The claims against the Doe Defendants are **DISMISSED**.

Dated this 22d day of September, 2014.

**BY THE COURT:**

Marcia S. Krieger
Chief United States District Judge